AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAMMOND CITY OF,

THOMAS MCDERMOTT
in his official and personal capacities,

EDUARDO FONTANEZ,

LONNIE RANDOLPH
in his personal capacity
**Plaintiffs**

v.                                            **Civil Action No.**   2:21-cv-160

LAKE COUNTY JUDICIAL NOMINATING COMMISSION
Terminated: 02/21/2023,

HOLLY SULLIVAN
Secretary of State, in her official capacity
Terminated: 06/01/2023,

LAKE COUNTY BOARD OF ELECTIONS,

DIEGO MORALES
Secretary of State, in his official capacity
**Defendants**

v.

STATE OF INDIANA
**Intervenor Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of _____ %

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other:   Judgment is ENTERED in favor of defendants State of Indiana and Secretary of State Diego Morales and against plaintiffs Hammond City of, Eduardo Fontanez and Lonnie Randolph on Count I of Plaintiffs' Second Amended Complaint. This case is DISMISSED WITHOUT PREJUDICE Counts II, III and IV of Plaintiffs' Second Amended Complaint pursuant to 28 U.S.C.1367(c)(1) and (3).

This action was (*check one*):

☐ tried to a jury with Judge _____

presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Motions for Summary Judgment.

DATE:   January 5, 2024                        CHANDA J. BERTA, CLERK

by_____s/N. Long_____
*Signature of Clerk or Deputy Clerk*