AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAMMOND CITY OF,

THOMAS MCDERMOTT
in his official and personal capacities,

EDUARDO FONTANEZ,

LONNIE RANDOLPH
in his personal capacity
   **Plaintiffs**

v.                    **Civil Action No.**   2:21-cv-160

LAKE COUNTY JUDICIAL NOMINATING COMMISSION
Terminated: 02/21/2023,

HOLLY SULLIVAN
Secretary of State, in her official capacity
Terminated: 06/01/2023,

LAKE COUNTY BOARD OF ELECTIONS,

DIEGO MORALES
Secretary of State, in his official capacity
   **Defendants**

v.

STATE OF INDIANA
   **Intervenor Defendant**

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   Judgment is ENTERED in favor of defendants State of Indiana and Secretary of State Diego Morales and against plaintiffs Hammond City of, Thomas McDermott, Eduardo Fontanez and Lonnie Randolph on Count I of Plaintiffs' Second Amended Complaint. This case is DISMISSED WITHOUT PREJUDICE of Counts II, III and IV of Plaintiffs' Second Amended Complaint pursuant to 28 U.S.C. §1367(c)(1) and (3).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Motions for Summary Judgment.

DATE:   January 12, 2024                              CHANDA J. BERTA, CLERK

                                                                            by      s/N. Long
                                                                                *Signature of Clerk or Deputy Clerk*